

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00798-CV

Stephen W. **MABERY** and Damon Thorpe,
Appellants

v.

**MORANI RIVER RANCH HOLDINGS LP**, Morani GP LLC, Morani River Ranch LLC,
Kevin L. Reid and Stewards of Wildlife Conservation Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI03565
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees Morani River Ranch Holdings LP, Morani GP LLC, Morani River Ranch LLC, Kevin L. Reid, and Stewards of Wildlife Conservation Inc. recover their costs on appeal from Appellants Stephen W. Mabery and Damon Thorpe.

SIGNED May 26, 2021.

_____
Irene Rios, Justice